| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Granade, Callie V | 2. Court or Organization<br><br>Southern District of Alabama | 3. Date of Report<br><br>06/14/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>John Campbell U.S. Courthouse<br>113 St. Joseph Street<br>Mobile, Alabama 36602 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2007 JUN 18 P 12: 05   RECEIVED   FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 06/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Southwest Bancshares, Inc. (director's fees) |
| 2. 2006 | Stone, Granade & Crosby, P.C. (law firm income) |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Federal Judges Association | travel expenses to Board Meeting |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 06/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 06/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southwest Bancshares stock (see note) | G | Dividend | P1 | Q | | | | | |
| 2. First Community Bank Accounts | C | Interest | M | T | | | | | |
| 3. Wachovia Bank Accounts | A | Interest | J | T | | | | | |
| 4. AmSouth Bank Accounts | A | Interest | K | T | | | | | |
| 5. Army Aviation Center Federal Credit Union Account | A | Interest | K | T | | | | | |
| 6. 1/2 interest in Virginia Properties, LLC (see note) | B | Distribution | M | T | | | | | |
| 7. 20% interest in Britton Point, LLC | | None | K | W | | | | | |
| 8. 1/9 Interest ███████ in Nashville, TN (see note) | | None | | | Sell | 1/18 | M | G | |
| 9. Morgan Stanley Brokerage Account | | | | | | | | | |
| 10. -- Bank Deposit Program Morgan Stanley Bank | B | Interest | K | T | | | | | |
| 11. -- American Cap Strategies Ltd common stock | B | Dividend | L | T | Buy | 5/16 | J | | |
| 12. | | | | | Buy | 11/27 | J | | |
| 13. -- American Standard Companies common stock | A | Dividend | K | T | | | | | |
| 14. -- Amgen Inc. stock | | None | J | T | | | | | |
| 15. -- Apple Computer Inc. | | None | L | T | Buy | 4/11 | K | | |
| 16. | | | | | Buy | 10/24 | K | | |
| 17. -- Bank of America Corp. common stock | C | Dividend | M | T | Buy | 6/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 06/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -- Biotech Holders Tr. stock | A | Dividend | K | T | | | | | |
| 19.   -- Ccradyne Inc. California | | None | | | Buy | 2/6 | K | | |
| 20. | | | | | Sell | 8/4 | K | | |
| 21.   -- Corporate Executive Bd. Stock | A | Dividend | | | Buy | 4/11 | J | | |
| 22. | | | | | Sell | 8/8 | L | E | |
| 23.   -- Diageo PPLC Spon ADR stock | C | Dividend | M | T | Buy | 1/4 | K | | |
| 24. | | | | | Buy | 5/16 | J | | |
| 25. | | | | | Buy | 8/15 | J | | |
| 26.   -- Garmin Ltd. stock | A | Dividend | L | T | | | | | |
| 27.   -- Goldman Sachs Grp. Inc. stock | A | Dividend | | | Sell | 5/15 | L | E | |
| 28.   -- Home Depot, Inc. stock | A | Dividend | | | Sell | 10/24 | L | | |
| 29.   -- Ishares MSCI Aust Index Fund | B | Dividend | K | T | Buy | 3/7 | K | | |
| 30.   -- Ishares MSCI Japan Index Fund | | None | | | Buy | 3/7 | J | | |
| 31. | | | | | Buy | 4/11 | J | | |
| 32. | | | | | Sell | 11/27 | K | | |
| 33.   -- McData Corp. common stock | | None | J | T | | | | | |
| 34.   -- Medtronic. Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 06/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Microsoft Corp common stock | A | Dividend | L | T | | | | | |
| 36. -- Monsanto Co. stock | A | Dividend | J | T | | | | | |
| 37. -- Morgan Stanley China A Fund | | None | K | T | Buy | 10/24 | K | | |
| 38. -- National City Corp. stock | C | Dividend | M | T | | | | | |
| 39. -- Nestle Spon ADR | | None | L | T | Buy | 5/16 | K | | |
| 40. | | | | | Buy | 11/27 | J | | |
| 41. -- Pepsico Inc. NC stock | B | Dividend | M | T | Buy | 1/04 | J | | |
| 42. | | | | | Buy | 7/19 | K | | |
| 43. | | | | | Buy | 8/15 | J | | |
| 44. -- Piper Jaffray Cos. stock | | None | J | T | | | | | |
| 45. -- Powershares Exhange Tr. Fund | A | Dividend | K | T | Buy | 8/1 | K | | |
| 46. | | | | | | 8/15 | K | | |
| 47. -- Powershares Water Res PTF | A | Dividend | L | T | Buy | 3/7 | K | | |
| 48. | | | | | Buy | 8/15 | J | | |
| 49. | | | | | Buy | 11/27 | J | | |
| 50. -- Royal Bk Scotland Ser Q | B | Dividend | L | T | Buy | 8/1 | K | | |
| 51. | | | | | Buy | 11/27 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 06/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Sherwin Williams Co. Ohio stock | A | Dividend | K | T | Partial Sale | 3/2 | K | | |
| 53. -- Sysco Corp stock | A | Dividend | | | Sell | 4/11 | K | A | |
| 54. -- Target Corporation stock | A | Dividend | | | Sell | 7/19 | L | C | |
| 55. -- Teva Pharmaceuticals stock | A | Dividend | K | T | Sell | 2/6 | K | D | |
| 56. -- The Advisory Board Co. stock | | None | K | T | Partial Sale | 11/27 | K | D | |
| 57. -- The India Fund, Inc. | A | Dividend | | | Buy | 3/7 | K | | |
| 58. | | | | | Buy | 4/11 | J | | |
| 59. | | | | | Sell | 6/12 | K | | |
| 60. -- The Scotts Miracle-Gro Co. stock | A | Dividend | | | Buy | 1/4 | J | | |
| 61. | | | | | Sell | 8/1 | L | B | |
| 62. -- TJX Cos. Inc. stock | A | Dividend | J | T | | | | | |
| 63. -- Toyota Motor Cp ADR stock | | None | | | Sell | 2/6 | K | D | |
| 64. -- U.S. Bancorp common stock | C | Dividend | L | T | Buy | 1/4 | J | | |
| 65. -- Wells Fargo & Co. stock | B | Dividend | L | T | | | | | |
| 66. -- Wilmington Trust Corp. | B | Dividend | L | T | Buy | 1/4 | J | | |
| 67. | | | | | Buy | 7/19 | K | | |
| 68. -- XM Satellite Radio Holding Cl A stock | | | | | Sell | 8/1 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | P2 =$5,000,001 - $25,000,000 | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 06/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Wm Wrigley Jr Co. | A | Dividend | L | T | Buy | 7/19 | K | | |
| 70. | | | | | Buy | 8/1 | K | | |
| 71. | | | | | Buy | 10/24 | J | | |
| 72. -- Alabama Judicial Bldg. AU Rev Bond | | None | M | T | | | | | |
| 73. -- Alabama Wtr Pollution Ctl Auth Rev Revolving Fund Ser B | B | Interest | K | T | | | | | |
| 74. -- Lauderdale Cnty & Florence, AL Health Rev. Bond | B | Interest | K | T | | | | | |
| 75. -- Alabama St Ser A Genl Obl Vond | B | Interest | L | T | | | | | |
| 76. -- Seariver Maritime Def Interest Debenture zero coupon | | None | M | T | | | | | |
| 77. -- Allianceber Growth B Mutual Fund | | None | L | T | | | | | |
| 78. -- American Amcap B Mutual Fund | | None | L | T | | | | | |
| 79. -- American Growth Fund of America B Mutual Fund | | None | K | T | | | | | |
| 80. -- American Inv Co. of America B Mutual Fund | | None | L | T | | | | | |
| 81. -- Allstte Life Variable Annuity (MS B VA W/MAV db/5% IB) | | None | L | T | | | | | |
| 82. Morgan Stanley Retirement Account | C | Int./Div. | L | T | | | | | |
| 83. -- Allianz CCM Cap Apprec B Mutual Fund | | | | | Buy | 12/14 | J | | |
| 84. -- Morgan Stanley Liquid Asset Fund (X) | | | | | | | | | |
| 85. 1/12 mineral rights, parcel in Washington | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 06/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Cnty, AL | | | | | | | | | |
| 86. 40% interest in Daphne Offices, LLC (see note) | D | Distribution | L | Q | | | | | |
| 87. 12.5% interest i████████Bay Minette, AL (see note) | C | Rent | K | Q | | | | | |
| 88. 26.5% interest in South Baldwin offices, LLC (see note) | D | Distribution | L | Q | | | | | |
| 89. 1/6 Int i████████roperty in Magnolia Spgs., AL (NOTE) | | None | L | R | Buy | 9/18 | J | | |
| 90. 1/3 int. in real estate parcel #1 in Washington Co., AL | | None | K | W | | | | | |
| 91. 1/3 int. in real estate parcel #2 in Washington Co., AL | | None | J | W | | | | | |
| 92. Fiserv IRA | E | Int./Div. | N | T | | | | | |
| 93. -- Constellation Tip Hlthcare & Biotech Cl II | | | | | Partial Sale | 3/29 | J | | |
| 94. | | | | | Partial Sale | 4/6 | J | | |
| 95. (see note) | | | | | Sell | 11/28 | J | | |
| 96. -- Dodge & Cox International Stock Fund Cl A | | | | | Buy | 4/13 | J | | |
| 97. | | | | | Buy | 4/18 | J | | |
| 98. -- Dodge & Cox Stock Fund | | | | | Buy | 2/1 | J | | |
| 99. | | | | | Buy | 10/5 | J | | |
| 100. | | | | | Buy | 10/9 | J | | |
| 101. | | | | | Buy | 10/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 06/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. -- Fairholme Fund | | | | | Buy | 10/18 | J | | |
| 103. -- First Eagle Global Fund Class I (see note) | | | | | Sell | 7/3 | J | | |
| 104. -- Fiserve Trust Money Market account (form'ly First Trust) | | | | | | | | | |
| 105. -- Franklin/Mutual Discovery Class Z | | | | | Buy | 4/11 | J | | |
| 106. -- Ivy Science and Technology Class A | | | | | | | | | |
| 107. -- Keeley Small Cap Value Fund | | | | | Buy | 2/2 | J | | |
| 108. | | | | | Buy | 2/9 | J | | |
| 109. | | | | | Buy | 2/23 | J | | |
| 110. | | | | | Buy | 4/18 | J | | |
| 111. | | | | | Buy | 1129 | J | | |
| 112. -- Matthews Pacific Tiger | | | | | | | | | |
| 113. -- Sequoia Fund | | | | | Partial Sale | 2/1 | J | | |
| 114. | | | | | Partial Sale | 2/21 | J | | |
| 115. -- Turner Emerging Growth Fund (see note) | | | | | Partial Sale | 10/3 | K | | |
| 116. Trust #1 (See note) (See part 1, Line 1) | | None | M | U | | | | | |
| 117. Trust #2 (see note) | | None | P1 | Q | | | | | |
| 118. -- Southwest Bancshares stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 06/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. Smith Barney Citigroup acct. | | | | | | | | | |
| 120. -- Genworth Life & Annuity annuity (formerly GE Life & Ann) | | None | K | T | | | | | |
| 121. Stone, Granade & Crosby, P.C. 401(k) (see note) | | None | M | T | | | | | |
| 122. -- American Funds Growth F | | | | | | | | | |
| 123. -- Artisan Intl. | | | | | | | | | |
| 124. -- Columbia Acorn Fund Z | | | | | | | | | |
| 125. -- Dreyfus Midcap Index | | | | | | | | | |
| 126. -- Pimco Total Return D | | | | | | | | | |
| 127. -- Schwab S&P 500 E Shares | | | | | | | | | |
| 128. -- Van Kampen Comstock A | | | | | | | | | |
| 129. -- Weitz Value | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 06/14/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Line 1: Appraisal (stock valuation) of stock value as of 12/31/2006

Part VII, Line 6: Virginia Properties, LLC owns real property in Baldwin Co., AL and a ▮▮▮▮▮ in Nashville, TN

Part VII, Line 8: Incumbent recieved a reversionary 1/9 interest in this property in November 2005 when the terms of a bequest of almost 100 years ago ended, and the ▮▮▮▮▮ inherited the property. It should have been reported on last year's financial disclosure report, even though the value was unknown at the time. The property was sold in January 2006 to the Seton Corporation.

Part VII, Line 86: Daphne Offices, LLC owns an ▮▮▮▮▮ in Daphne, AL, apraised on 8/6/02 at ▮▮▮▮▮ 40% interest ▮▮▮▮▮

Part VII, Line 87: Office Building in Bay Minette, AL appraised on 4/9/01 at ▮▮▮▮▮ 12.5% interest = ▮▮▮▮▮

Part VII, Line 88: South Baldwin Offices, LLC, owns a ▮▮▮▮▮ in Foley, AL, appraised in April 2002 for ▮▮▮▮▮ 26.5% interest = ▮▮▮▮▮

Part VII, Line 89: ▮▮▮▮▮ aquired a 1/8 interest in this property in 2004, but I did not know of the investment until 2006. In 2006, ▮▮▮▮▮ acquired another 1/24 interest in the property, making his total interest 1/6.

Part VII, Line 95: Between October and November 2006, Constellation changed names to Touchston Healthcare and Biotechnology Fund Cls A, and was sold under the new name.

Part VII, Line 102: Includes the former First Eagle Global Fund Class A

Part VII, Line 115: Formerly Turner Microcap Growth Fund

Part VII, Line 116: The only asset in the trust is a permanent life insurance policy.

Part VII, Line 117: The only asset in the trust is stock of Southwest Banc shares, some of which was a gift from a ▮▮▮▮▮ and the rest purchases. The value of the trust is derived from an appraisal of the stock value as of 12/31/2005. There is no income from the trust currently going to any reportable beneficiary.

Part VII, Line 121: This is a 401k Plan at my ▮▮▮▮▮ It is administered by Geller Group, Ltd., and issues reports quarterly.

| Name of Person Reporting | Date of Report |
|---|---|
| Granade, Callie V | 06/14/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date __6 -/4-07__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544